**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-03334-BNB
(**The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.**)

JM (MARIA J) FAY,

     Plaintiff,

v.

STATE OF CO,
BOARD OF COUNTY COMMISSIONERS ARAPAHOE COUNTY, and
ARAPAHOE LIBRARY DISTRICT,

     Defendants.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY**

---

     Plaintiff, JM (Maria J) Fay, has submitted a Complaint (ECF No. 1) and a Motion
and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 3).  As part
of the court's review pursuant to D.C.COLO.LCivR 8.1, the court has determined that
the submitted documents are deficient as described in this order.  Plaintiff will be
directed to cure the following if she wishes to pursue her claims.  Any papers that
Plaintiff files in response to this order must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915**:
(1)   __     is not submitted
(2)   __     is not on proper form (must use the court's current form)
(3)   _X_   is missing original signature by plaintiff/petitioner/applicant
(4)   __     is missing affidavit
(5)   __     affidavit is incomplete
(6)   _X_   affidavit is not notarized or is not properly notarized
(7)   _X_   names in caption do not match names in caption of complaint, petition or
              application

(8)    __      other:

**Complaint or Petition**:
(9)    __      is not submitted
(10)   __      is not on proper form (must use the court's current form)
(11)   __      is missing an original signature by the plaintiff/petitioner/applicant
(12)   __      is incomplete
(13)   __      uses et al. instead of listing all parties in caption
(14)   __      names in caption do not match names in text
(15)   __      addresses must be provided for all defendants/respondents in "Section A.
                     Parties" of complaint, petition or habeas application
(16)   _X_     other: <u>Fails to assert any claims in the body of the complaint.</u>

Accordingly, it is

      ORDERED that Plaintiff cure the deficiencies designated above **within thirty**

**(30) days from the date of this order**.  Any papers that Plaintiff files in response to this

order must include the civil action number on this order.  It is

      FURTHER ORDERED that Plaintiff shall obtain the court-approved Motion and

Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Complaint forms, along

with the applicable instructions, at www.cod.uscourts.gov.  It is

      FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies

**within thirty (30) days from the date of this order**, the complaint and the action will

be dismissed without further notice.  The dismissal shall be without prejudice.

      DATED December 27, 2012, at Denver, Colorado.

                           BY THE COURT:

                           s/ Boyd N. Boland
                           United States Magistrate Judge