IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03334-BNB

JM (MARIA J) FAY,

    Plaintiff,

v.

STATE OF CO,
BOARD OF COUNTY COMMISSIONERS ARAPAHOE CTY, and
CO PUBLIC UTILITIES, and
ARAPAHOE LIBRARY DISTRICT,

    Defendants.

## ORDER OF DISMISSAL

Plaintiff, JM (Maria J) Fay, initiated this action by filing *pro se* a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 3) and a Complaint (ECF No. 1).

On December 27, 2012, Magistrate Judge Boyd N. Boland entered an order (ECF No. 4) directing Ms. Fay to cure certain designated deficiencies. Specifically, she was informed that the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 was missing an original signature, the affidavit was not notarized, and the names in the caption to the § 1915 motion did not match the names in the caption to the Complaint. The December 27 order also informed Ms. Fay that the text of the Complaint failed to assert any claims.

The December 27 order warned Ms. Fay that the Complaint and the action would be dismissed without prejudice and without further notice if she failed to cure the

designated deficiencies as directed within the time allowed.

On January 18, 2013, Ms. Fay submitted three documents (ECF Nos. 5, 6, and 7) that failed to cure the designated deficiencies.  Ms. Fay has failed within the time allowed to comply with the directives of the December 27 cure order.  Therefore, the Complaint and the action will be dismissed without prejudice for failure to comply with the directives of the December 27 cure order as directed within the time allowed.

Finally, the Court certifies pursuant to § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal.  *See Coppedge v. United States*, 369 U.S. 438 (1962).  If Ms. Fay files a notice of appeal she also must pay the full $455.00 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

Accordingly, it is

ORDERED that the Complaint and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff, JM (Maria J) Fay, within the time allowed, to cure the deficiencies designated in the order to cure of December 27, 2012.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied.  It is

FURTHER ORDERED that any pending motions are denied as moot.

DATED at Denver, Colorado, this  7th  day of      February      , 2013.

BY THE COURT:


   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Judge