IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03334-LTB

JM (MARIA J) FAY,

    Plaintiff,

v.

STATE OF CO,
BOARD OF COUNTY COMMISSIONERS ARAPAHOE CTY, and
CO PUBLIC UTILITIES, and
ARAPAHOE LIBRARY DISTRICT,

    Defendants.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on February 7, 2013, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 7 day of February, 2013.

                                     FOR THE COURT,

                                     JEFFREY P. COLWELL, Clerk


                                     By: s/ S. Grimm
                                         Deputy Clerk